E-filing

1 | PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
2 | Name _Morris Sr.   Melvin   L_
     (Last)         (First)     (Initial)
3 | Prisoner Number _F-03818_
4 | Institutional Address _P.O. Box 950, Folsom, CA 95763_
5 |
6 |
7 | UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
8 | _Melvin Lee Morris Sr_
    (Enter the full name of plaintiff in this action.)
9 |                                         CV 08
                    vs.                                Case No. _1579_
10 | _Matthew Kramer, Warden,_               (To be provided by the clerk of court)
11 | _Folsom State Prison,_                  PETITION FOR A WRIT
                                             OF HABEAS CORPUS  PJH
12 |
13 |
14 | (Enter the full name of respondent(s) or jailor in this action)    **(PR)**
15 |
16 | Read Comments Carefully Before Filling In
17 | When and Where to File
18 | You should file in the Northern District if you were convicted and sentenced in one of these
19 | counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,
20 | San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in
21 | this district if you are challenging the manner in which your sentence is being executed, such as loss of
22 | good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).
23 | If you are challenging your conviction or sentence and you were not convicted and sentenced in
24 | one of the above-named fifteen counties, your petition will likely be transferred to the United States
25 | District Court for the district in which the state court that convicted and sentenced you is located. If
26 | you are challenging the execution of your sentence and you are not in prison in one of these counties,
27 | your petition will likely be transferred to the district court for the district that includes the institution
28 | where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS         - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now and the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12         (a)    Name and location of court that imposed sentence (for example; Alameda

13             County Superior Court, Oakland):

14 *Alameda County Superior Court,   Fremont*

15             Court                              Location

16         (b)    Case number, if known *137960*

17         (c)    Date and terms of sentence *10-13-05 - 10 years*

18         (d)    Are you now in custody serving this term? (Custody means being in jail, on

19             parole or probation, etc.)      Yes *X*    No ____

20             Where?

21             Name of Institution: *Folsom State Prison*

22             Address: *P.O. Box 950, Folsom, CA 95763*

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 challenging more than one sentence, you should file a different petition for each sentence.)

26 *(Probation Violation) H+S #11352(A)*

27

28

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1  3. Did you have any of the following?
2      Arraignment:                             Yes _X_   No ___
3      Preliminary Hearing:                     Yes _X_   No ___
4      Motion to Suppress:                      Yes _X_   No ___
5  4. How did you plead?
6      Guilty ___   Not Guilty ___   Nolo Contendere _X_
7      Any other plea (specify) _____
8  5. If you went to trial, what kind of trial did you have?
9      Jury ___   Judge alone ___   Judge alone on a transcript ___
10 6. Did you testify at your trial?            Yes ___   No ___
11 7. Did you have an attorney at the following proceedings:
12     (a)  Arraignment                         Yes _X_   No ___
13     (b)  Preliminary hearing                 Yes _X_   No ___
14     (c)  Time of plea                        Yes _X_   No ___
15     (d)  Trial                               Yes _X_   No ___
16     (e)  Sentencing                          Yes _X_   No ___
17     (f)  Appeal                              Yes _X_   No ___
18     (g)  Other post-conviction proceeding    Yes ___   No _X_
19 8. Did you appeal your conviction?           Yes _X_   No ___
20     (a)  If you did, to what court(s) did you appeal?
21          Court of Appeal                     Yes _X_   No ___
22          Year: _07_    Result: _DENIED_
23          Supreme Court of California         Yes _X_   No ___
24          Year: _07_    Result: _DENIED_
25          Any other court                     Yes _X_   No ___
26          Year: _07_    Result: _DENIED_
27
28     (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS       - 3 -

| | | | |
|---|---|---|---|
|1| |petition?|Yes _X_  No____|
|2|(c)|Was there an opinion?|Yes ____  No _X_|
|3|(d)|Did you seek permission to file a late appeal under Rule 31(a)?| |
|4| | |Yes _X_  No____|

If you did, give the name of the court and the result:

_Court of Appeals, First Appellate District, Division-Five_

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes _X_   No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: _CA. Superior Court (Alameda Co.)_

Type of Proceeding: _Petition For Writ of Habeas Corpus_

Grounds raised (Be brief but specific):

a. _Trial Court Failed To Grant Time Credits_

b. _Trial Court Errored in Stating Revocation Hearing Results_

c. _Trial Attorney Incompetent_

d. _____

Result: _Denied w/ Errored Time Credit Correction_  Date of Result: _3-27-07_

II. Name of Court: _CA. Court of Appeal-First District-Div. Five_

Type of Proceeding: _Petition For Writ of Habeas Corpus_

Grounds raised (Be brief but specific):

1    a. Trial Court Error in Stating Revocation Hearing Results
2    b. Trial Attorney Incompetent
3    c. Trial Court Withheld Transcripts
4    d. _____
5    Result: DENIED w/ORDER GRANTING TRANSCRIPTS   Date of Result: 07-13-07
6    III.   Name of Court: CA. Supreme Court
7    Type of Proceeding: Petition For Writ of Habeas Corpus
8    Grounds raised (Be brief but specific):
9    a. Trial Court Errored in Stating Revocation Hearing Results
10   b. _____
11   c. _____
12   d. _____
13   Result: DENIED   Date of Result: 01-23-08
14   IV.   Name of Court: CA. Court of Appeals - 1st District - Div. Five
15   Type of Proceeding: Writ of Habeas Corpus
16   Grounds raised (Be brief but specific):
17   a. Ineffective Counsel
18   b. _____
19   c. _____
20   d. _____
21   Result: DENIED   Date of Result: 12-21-07
22   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                                  Yes ____   No ✗
24   Name and location of court: _____
25   B. GROUNDS FOR RELIEF
26       State briefly every reason that you believe you are being confined unlawfully. Give facts to
27   support each claim. For example, what legal right or privilege were you denied? What happened?
28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS           - 5 -

```
 1  need more space. Answer the same questions for each claim.
 2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
 3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
 4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
 5      Claim One: INEFFECTIVE ASSISTANCE OF COUNSEL
 6  _____
 7      Supporting Facts: TRIAL ATTORNEY DID NOT INVESTIGATE COURT CLAIM OF PETITIONER
 8  WAIVING TIME CREDITS THAT EXTENDED PROBATION, OR CHALLENG COURTS
 9  FAILURE TO HOLD REVOCATION HEARING IN DUE PROCESS.
10  Further Counsel DID NOT ARGUE VIOLATION OR OFFER CONTRARY EVIDENCE
11      Claim Two: REVOCATION OF PETITIONERS PROBATION CONSTITUTED
12  A VIOLATION OF FEDERAL DUE PROCESS
13      Supporting Facts: TRIAL COURT FAILED TO ADVISE PETITIONER OF HIS
14  RIGHT TO A FORMAL HEARING - THERE WAS NO NOTICE OF CLAIMED
15  VIOLATION + EVIDENCE - PETITION TO REVOKE PROBATION ALLEGE
16  ONE GROUND BUT PROBATION REVOKED ON ANOTHER GROUND
17      Claim Three: _____
18  _____
19      Supporting Facts: _____
20  _____
21  _____
22  _____
23      If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25  _____
26  _____
27  _____
28  _____
```

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  Hyman v. Aiken, 824 F.2d 1405 (4th Cir. 1987) - McQueen v. Swenson 498 F.2d
5  207 (8th Cir. 1974) - Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052
6  (1984) - Morrissey v. Brewer (1972) 408 U.S. 471

7  Do you have an attorney for this petition?                                    Yes____   No _X_

8  If you do, give the name and address of your attorney:

9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13  Executed on    03-18-08                          /s/ Melvin F. Morris
14                  Date                                 Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS            - 7 -

Melvin L. Morris, Sr.
F03818 FASF-115
Folsom State Prison
POB 950
Folsom, CA 95763

LEGAL MAIL

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

RECEIVED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pro se

