MELVIN LEE MORRIS SR
F-03818 / FMSF 01-15L
FOLSOM STATE PRISON
P.O. BOX 950
FOLSOM, CA 95763

MARCH 18, 2008

CLERK;
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
451 SAN FRANCISCO, CA 94102-3483

**FILED**

MAR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-1579 PJH (PR)

E-filing

GREETINS,

ENCLOSED PLEASE FIND A WRIT OF HABEAS CORPUS AND ONE COPY. FOLLOWING THIS SUBMISSION IS THE FIVE DOLLAR FILING FEE.

DUE TO THE PROCESS OF THE ACCOUNT OFFICE HERE, I WAS NOT ABLE TO SEND THE FEE WITH THESE DOCUMENTS.

HOWEVER, I DECLARE THAT THE FEE IS FORTH COMING.

I THANK YOU FOR YOUR TIME AND ASK YOUR COOPERATION.


RESPECTFULLY SUBMITTED,

*[signature]*
MELLVIN LEE MORRIS SR
F-03818 / 03-18-08