```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018179
Cashier ID: nudot
Transaction Date: 04/15/2008
Payer Name: Phil Angelides, Treasurer
----------------------------------------
WRIT OF HABEAS CORPUS
 For: Melvin Lee Morris, Sr.
 Case/Party: D-CAN-3-08-CV-001579-001
 Amount:       $5.00
----------------------------------------
CHECK
 Check/Money Order Num: 220-053902
 Amt Tendered:  $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C-08-1579-PJH (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01579-PJH
### Internal Use Only

| | |
|---|---|
| Morris v. Kramer | Date Filed: 03/24/2008 |
| Assigned to: Hon. Phyllis J. Hamilton | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| Melvin Lee Morris, Sr. | represented by | Melvin Lee Morris, Sr.<br>F-03818<br>Folsom State Prison<br>FM01-15L<br>P.O. Box 950<br>Folsom, CA 95763<br>PRO SE |

V.

**Respondent**

**Matthew Kramer**
*Warden, Folsom State Prison*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed by Melvin Lee Morris. (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 03/24/2008 |   | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 03/24/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 03/24/2008 | 3 | LETTER dated 3/18/08 from Petitioner to Clerk re filing fee. (far, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 04/14/2008 | 4 | Prisoner Trust Fund Account Statement by Melvin Lee Morris, Sr. (far, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/14/2008) |

Mr. Melvin Morris Sr.
F-03818 / FMSF 115L
Folsom STATE PRISON
P.O. Box 950
Folsom, CA 95763

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671



Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483