MELVIN LEE MORRIS SR
F-03818 / FM01-15L
FOLSOM STATE PRISON
P.O. BOX 950
FOLSOM, CA 95763

JUNE 8, 2008

OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

**E-filing**

**FILED**
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREETINGS,

I COME TO YOU IN THIS BRIEF LETTER TO REQUEST A COPY OF THE DOCKET FILE IN (CASE NO. CV 08 1579) FILED MARCH 24, 2008. PJH, (PR).

I AM PARTICULARLY CONCERNED WITH WHETHER OR NOT THE FIVE DOLLAR FILING FEE ARRIVED IN A TIMELY MANNER AND THE CURRENT STATUS OF THE PETITION?

YOUR COOPERATION AND A TIMELY RESPONSE, WOULD BE GREATLY APPRECIATED IN THIS MATTER. THANK YOU!

RESPECTFULLY SUBMITTED,

*Melvin J. Morris Sr*
MELVIN LEE MORRIS SR
6-8-08

Melvin L. Morris
F.03818 / FM01-15L
Folsom State Prison
P.O. Box 950
Folsom, CA 95763
(C. No. CV 08 1579 PJH (PR))

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680